Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
29, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed August 29, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00726-CV

____________

 

IN RE BERNARD GROVER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
August 23, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Bonnie Crane Hellums,
presiding judge of the 246th Judicial District Court of Harris County, to set
aside her July 24, 2006 Order denying in part relator=s motion for protection.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed August 29, 2006.

Panel consists of Justices Fowler,
Edelman and Frost.